USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 2, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LATASHA SIDIBAY,                        :
                                        :   20 Civ. 1884 (VM)
                    Plaintiff,          :
                                        :
    -against-                           :   ORDER
                                        :
J.C. PENNY PURCHASING CORP.,            :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On May 27, 2020, defendant J.C. Penney Purchasing Corporation filed a notice of suggestion of bankruptcy and automatic stay of proceedings. (See "Notice," Dkt. No. 7.) The Notice indicates that J.C. Penney Company, Inc. and "certain of its subsidiaries and affiliates" had filed for bankruptcy. (Notice at 1.) The Notice further indicates that the filing of bankruptcy triggered an automatic stay of any action or proceeding against the debtors, subject to certain limitations. Plaintiff Latasha Sidibay did not object or otherwise respond to the Notice. Accordingly, in light of the Notice and section 362(a) of the Bankruptcy Code, this case shall be stayed pending the bankruptcy proceedings. The parties are directed to notify the Court in the event the stay should lifted.

**SO ORDERED.**

Dated:   New York, New York
         2 September 2020

_____
Victor Marrero
U.S.D.J.