```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LATASHA SIDIBAY,                                                 :
                                                                 :
                        Plaintiff,                               :       20 Civ. 1884 (JPC)
                                                                 :
            -v-                                                  :       ORDER
                                                                 :
J.C. PENNEY PURCHASING CORPORATION,                              :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 15, 2020, the Defendant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, *In re J.C. Penney Company, Inc.*, Case No. 20-20182 (DRJ). Due to the Defendant's bankruptcy petition, this case was automatically stayed pursuant to 11 U.S.C. § 362. This case then was reassigned from the Honorable Victor Marrero to the undersigned on September 29, 2020. By December 13, 2021, the parties should provide the Court with an update on the status of the Defendant's bankruptcy and their views as to whether the automatic stay pursuant to section 362 remains in effect.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge